NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR MANUEL CELORIO,**
*Plaintiff-Appellant,*

**v.**

**GOOGLE INC.,**
*Defendant-Appellee,*

AND

**JOHN DOES 1-3,**
*Defendant.*

---

2014-1115

---

Appeal from the United States District Court for the Northern District of Florida in No. 1:11-cv-00079-RV-GRJ, Senior Judge C. Roger Vinson.

---

**ON MOTION**

---

Before MOORE, *Circuit Judge.*

**O R D E R**

2                                    CELORIO v. GOOGLE INC.


Victor Celorio moves to reconsider this court's January 27, 2014 order rejecting his opening brief and moves this court to accept his non-conforming brief for filing.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  Celorio's opening brief filed on January 14, 2014 is accepted for filing.

(2) Google Inc. should calculate the due date for filing its response brief from the date of filing of this order.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30